FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 5 2008
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Michael Ray Orndorff          ADC # 104119

Enter above the full name of the
Plaintiff, or plaintiffs, in this action.)

V.                            CASE NO. 5:08CV00294 WRW/HLG

C.M.S.(Correctional Medical Services)
Ms. Bradley (Nurse L.P.N)
Dr. Shaw (Doctor)  Mrs. Mullins (Administrator Medical)
A.D.C. (Department for Corrections)

(Enter above the full name of
defendant or defendants, in this
action.)

This case assigned to District Judge Wilson
and to Magistrate Judge _____

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes \_\_\_\_\_   No  XX

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

             Plaintiffs: _____

             Defendants: _____

        2.   Court (If federal court, name the district; if state court, name the county: _____

-1-

3. Docket Number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present Confinement:   Arkansas Department of Corrections - Tucker Unit.

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes  XX    No _____

   B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

   C. If your answer is NO, explain why not: _____

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff (your name)  Michael Ray Orndorff #104119

   Address:  P.O. Box 240
             Tucker, Arkansas. 72168

   Name of plaintiff:  Michael Ray Orndorff #104119
   Address:  P.O. Box 240 Tucker, Arkansas. 72168

   Name of plaintiff: _____
   Address: _____

-2-

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: C.M.S. (Correctional Medical Services)

Position: Corporation who holds medical contract with A.D.C.

Place of employment: Arkansas Department of Corrections

Address: P.O. Box 240   Tucker, Arkansas. 72168

Defendant: Dr. Shaw (Doctor)

Position: Practicing Doctor with A.D.C.

Place of employment: N/A   No longer works for the Tucker Unit.

Address: P.O. Box 240   Tucker, Arkansas. 72168

Defendant: Mrs. Mullins (Medical Administrator)

Position: Medical Administrator Tucker Unit

Place of employment: Tucker Unit, Arkansas Department of Correction.

Address: P.O. Box 240 Tucker, Arkansas. 72168

Defendant: Ms. Bradley L.P.N

Position: Nurse

Place of employment: N/A

Address: N/A   Ms. Bradley no longer works for the Tucker Unit.

Defendant: Larry Norris (Director)

Position: Director of the Department of Corrections

Place of employment: Pine Bluff, Central Office

Address: P.O. Box 8707 Pine Bluff, Arkansas 71611

V.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) In 2006 I experienced severe pain through out my entire body, I was vomiting consistentely and could not urinate, my body one minute would be freezing the next burning up. I could not lay down, and could not sit for any length of time. I was sent to the prison infirmary several times (spoken disrespectfully to) and was turned away and told not to bother them (infirmary) It felt as though I had a giant tooth ache over my entire body. Finally after several days of my pleading with the infirmary for help (but being denied) a prison official demanded that the infirmary give me some attention. At this time I was finally shown some consideration.

Once taken to the Infirmary I was told to wait while the Doctor saw everyone waiting for sick call, that is when another Prison employee came to the infirmary to make a stance in my behalf. It is then that the Doctor decided to see me (after several days of suffering). Once I finally saw the Doctor a catherter was placed in me, about one half pint of blood and urine came out into the bag. it was then that an ambulance was called. A sample of blood was taken for testing, and the nurse mistakenly washed it out into the sink.                          Please see opposite page. Over..

III.  Relief

State briefly exactly what **YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes.** I am asking for One Hundred Thousand Dollars in punitive damages for pain and suffering, also: I would like a complete physical and medical examination by a doctor not associated with the A.D.C. or C.M.S. (preferably by someone from U.A.M.S.) To find extent of damage to be fixed, and also: I would like a transfer to a prison in Minnisota or Montana where there is no C.M.S.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this __22nd__ day of __October__, 20__08__

_____

_____

Signature (s) of plaintiff (s)

-4-

Continued...
I was then taken to Southwest Hospital in Little Rock, Ar. The Hospital was told that it may be my kidneys (miss Diagnosed). I demanded that the Doctor perform exploritory surgery and by pass the test for my kidneys. the operation was done, and it was discovered that my appendix was leaking into my body after having become gangrenuouse, It had leaked into my body for several days.(despite all my begging and pleading for help).

I stayed in the hospital for two and a half weeks. since this time I started experiencing chest pains along with other pains. for the last several years I have went to chronic care (every three months) and have complained about this situation, I have either been told that its not a problem, or that I am not there for that matter. After several years of showing good faith I have come to understand that the C.M.S the A.D.C. and the Tucker Infirmary has no desire theirself to show good faith, (Once again without intervention I am left to suffer) Nothing is being done to solve the problem or problems that was caused by the deliberate neglect and indifferance of the parties named.

I feel after several years of waiting on the parties named to do the right thing and give me proper medical attention that I will not recieve any help unless I take action myself. I have never filed a law suite in my life, I have only written four grievances in twenty eight years of incarceration. I am not one to make waves, but feel the insurmountable cruelty that has been bestowed upon me can not go unanswered.

Ms. Bradley (nurse) turned me away for two nights in a row. The Doctor, Doctor Shaw Upon being informed that I was sick waited two days to see me and only then when two prison employees demanded He do so. Mrs. Mullins was in the infirmary as administrator and stated that I need to put in a sick call request(which usually takes from two to three days) while I was being poisoned by gangrene for several days already.

If it were not for the help of the two (angels) employees who put their jobs on the line I would not be alive to write this. The Doctor who did the operation stated I would not have made it one more night.

With the gangrene in my body for several days, behind my kidneys etc... I do not know the extent of damage that was done, all I know is the extent of pain I feel and have felt over the past several years since. and still can not get any proper treatment.

For pain and suffering, for deliberate indifferance, and neglect, and for any other reasons that will be mentioned in the future I pray that you take this case so maybe something can be done to remedy this situation, and also make sure no other has to suffer in such a way ever again.?

I thank you for your due consideration in this matter. And I would like to state that I have no subpeana power, and I (being an inmate) am not allowed or privileged to information regarding personnel that is needed to prove this case. therefore I am requesting the appointment of counsel should I be granted access to your court.

Unit/Center: Tucker
Name: ORNDORFF, Michael
ADC# 104119  Brks # 5  Job Assignment: Porter

**FOR OFFICE USE ONLY**
GRV. # TU-08-00139
Date Received: 6/6/08
GRV. Code #: 600

6-2-08 (Date) STEP ONE: Informal Resolution

6-4-08 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: January 06 I was allowed to suffer, denied proper medical, with deliberate ind___

6-2-08 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Health may be in danger.

Is this Grievance concerning Medical or Mental Health Services? ✓ If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On January 06 gangrene was leaking into my body from my appendix. The Tucker infirmary (CMS) did not supply adequate treatment in a timely fashion. The gangrene set in my body for 4 days. I feel this may have brought about other health problems due to complications. On 5-11-06 and 5-17-06 an E.K.G was done. Tucker infirmary said no follow up was needed. However in 2008 an infirmary doctor reviewed the E.K.Gs and ordered a stress test. It has been over 5 months and no stress test has been given. Once again Tucker infirmary is denying me proper medical attention.

Inmate Signature [signed]   Date 6-2-08

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance ___ (Yes or **No**). This form was forwarded to medical or mental health? ___ (Yes or **No**). If yes, name of the person in that department receiving this form: _____  Date 6-02-08

SGT. D. Hutchinson  31652  [signed]  6-02-08
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: You will be scheduled to see the doctor on Thursday 5th. There was no stress test written.

Staff Signature & Date Returned: Sharon King 6-3-08   Inmate Signature & Date Received: [signed]

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Recieved 8-30-08 [signatures]

IGTT420
3GH

Attachment IV

INMATE NAME: Orndorff, Michael R.　　ADC #: 104119A　　GRIEVANCE #: TU-08-00139

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

AFTER RESEARCH OF ALL MEDICAL VOLUMES OF ORNDORFF, MICHAEL #104119 UNABLE TO FIND ANY REPORTS STATING "GANGRENE". ALSO NO RECORD OF STRESS TEST BEING ORDERED

_____　　_____　　_____
Signature of Health Services　　　　　Title　　　　　　　　　Date
Administrator/Mental Health
Supervisor or Designee

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? 1. Upon viewing my Medical Jacket, stress tests were given on 5-11-06, 5-17-06, 4-2-07, & 2-4-08. Infirmary only states two. Also Mrs. Huff stated she had seen the paper work for my stress test. 2. The proof is I was left to suffer from a gangrenouse appendix for several days due to the negligence and Diliberate Indifference of the infirmary (CMS). See attached sheets.

_Michael L. Orndorff_　　　104119　　　8-21-08
　　Inmate Signature　　　　ADC#　　　　Date

SOUTHWEST REGIONAL MEDICAL CENTER
LITTLE ROCK, AR

**Hospital Records**          OPERATIVE REPORT

PATIENT:   ORNDORFF, MICHAEL          DOB:        05/01/1959   46Y
MED REC:   000181328                  PT ADMN:    1007093
PHYSICIAN: D. PETER HAN               ADMN DTE:   1/11/2006
                                      DSCG DTE:
                                      LOCATION:   0232 P

---

DATE OF SURGERY: 1/13/2006

SURGEON: J.K. BUCHMAN, M.D.

PREOPERATIVE DIAGNOSIS:    Acute appendicitis with perforation.

POSTOPERATIVE DIAGNOSIS:   Acute appendicitis with perforation; early abscess formation; peritonitis.

OPERATION PERFORMED:       Exploratory laparotomy with appendectomy.

DESCRIPTION OF PROCEDURE: The premedicated patient was brought to the operating room and placed in the supine position. General anesthesia was induced and the patient was intubated. The abdomen was prepped and draped in a sterile fashion. A midline incision was made from the mid hypogastrium to just above the umbilicus and developed down to the linea alba. The linea alba was incised. The peritoneal cavity was entered without difficulty. No fluid was noted. A hand was passed into the right lower quadrant where the small bowel, colon, and omentum were adherent to each other and to the parietal peritoneum. A significant volume of feculent smelling fluid, rather watery, was noted and aspirated. A hand was passed up the right gutter to the tip of the liver and additional fluid was released. The right abdomen was copiously irrigated and aspirated. The subsequent exploration revealed that the appendix was acutely inflamed and partially necrotic. The appendix was completely gangrenous, precisely at the base of the appendix. Following its transection, the cecum was oversewn with interrupted 4-0 braided nylon sutures. The mesoappendix was taken down between thumb and forefinger. The appendiceal artery received a clip proximally and distally and was divided. Hemostasis remained rather good. The right lower quadrant and pelvis was again copiously irrigated and aspirated. Antibiotic irrigation was used during the procedure.

A small incision was made in the right lower quadrant and two half-inch Penrose drains were brought out and sutured into place with a braided nylon suture. One was placed in the right

CONTINUED ON PAGE   2

Hospital Records

SOUTHWEST REGIONAL MEDICAL CENTER
LITTLE ROCK, AR

OPERATIVE REPORT

| | |
|---|---|
| PATIENT: ORNDORFF, MICHAEL | DOB: 05/01/1959  46Y |
| MED REC: 000181328 | PT ADMN: 1007093 |
| PHYSICIAN: D. PETER HAN | ADMN DTE: 1/11/2006 |
| | DSCG DTE: |
| | LOCATION: 0232 P |

gutter and the other was placed in the right pelvis. The omentum was draped inferiorly.

It should be noted that during the exploration the distal small bowel was examined and no point of obstruction was encountered.

The #5 retention sutures were placed extraperitoneally. The inferior one-half of the peritoneum was closed with a running 3-0 Vicryl. The fascia was then closed with interrupted #1 braided nylon sutures. The retention sutures were tightened and tied over plastic bolsters. The skin and subcutaneous tissue around the navel was closed with interrupted 3-0 braided nylon sutures. The remaining portion of the incision was closed very loosely with interrupted braided nylon.

Wet-to-dry dressing with Betadine paint was applied to the drain site and to the incision.

With the patient in the Trendelenburg position, the left clavicular area was prepped and draped in a sterile fashion. The left subclavian vein was aspirated with the initial attempt. A guide wire was passed, and the needle was removed. The site was enlarged. The triple-lumen catheter was inserted over the guide wire. The guide wire was removed. The port was capped. Each port was aspirated and flushed with saline solution. The catheter was sutured in place to the skin and at the hub with a 3-0 silk. The area was again cleansed and a sterile dressing was applied.

The patient was taken to the recovery room in stable condition having tolerated the procedure well.

Signed: _/s/ J C Buchman_
J K BUCHMAN  M.D.

DD: 1/13/2006
DT: 1/14/2006
CHARTED:
JB./rr          40745                                              PAGE 2 OF 2

**Southwest Regional Medical Center**

## ANESTHESIA RECORD

| Date | 1/13/05 | Age 46 | Sex M | Ht/Wt 5'8"/174 | ASA 2E | Page 1 of 1 |

| OR# 2 | Mach# | Anes. Type: GETA → RSI |

- ☐ machine/equipment
- ☐ consent
- ☑ chart review
- ☑ NPO:
- ☐ HCT:
- ☐ Premed:
- ☐ Allergies:

Surgeon: Buckman
Diagnosis: acute abdomen
Operation: exploratory lap; appendectomy ✓ CVP placed yellow dye

☐ Patient re-evaluated immediately prior to anesthesia

**Times**
- Anes Start: 1800
- In OR: 1824
- Surg. Start: 1843
- Incision: 1843
- Surg. Finish: 1955
- Anes. End: 2020

**Fluids**
- Crystalloid: 2700
- Albumin
- Whole Blood
- PRBC's
- FFP
- Plts
- Other

Time: 1830, 1900, 30, 2000

| Agent | | Totals |
|---|---|---|
| Oxygen LPM | 10-1, -, -, -10 | |
| Nitrous Oxide/Air LPM | -1, -, -, X | |
| Isofluraine/Sevo % | 10-9-11, -10, X | |
| Propofol MG | 200 | |
| Lidocaine | 100 | |
| Fentanyl cc 2 | 3, 2, 1, 1, 1 | 10cc |
| Sux | 100 | 100mg |
| Rocuronium | 5, 45 | 50 |
| Versed | 2 | 2 |
| Neostigmine | 2 | 2.0 |
| Robinul | .4 | .4 |
| Bicitra | 30cc | 30cc |
| Anzemet | 6.25 | 6.25 |
| LR 1000 cc bag ① ③ ③ | | 2700 |
| Urine | | |
| Est. Blood Loss | 100/100 | |

**Monitors**
- ☑ EKG
- ☑ ETCO2
- ☑ SaO2
- ☑ NIBP
- ☑ Temp (E/S)
- ☐ Steth (E/P)
- ☑ PNS
- ☐ Aline
- ☐ CVP
- ☐ PA Cath
- ☐ Spirometer
- ☐ Urine Vol
- ☐ Artif Nose
- ☑ Insp O2
- ☐ Blood warmer
- ☐ NGT/OGT
- ☐ Blanket
- ☐ Fiberoptic
- ☐ Other:

**Qualifiers**
- ☐ Prone
- ☑ Emergency
- ☐ ASA 3 or 4
- ☑ Inpatient
- ☑ Outpatient
- ☐ same day admit
- ☐ Field avoidance
- ☐ age >70 or <2
- ☐ Other

| | | | | | | |
|---|---|---|---|---|---|---|
| Event Position | o← | o← | o← | o← | o← | o← |
| ECG | ST | ST | SR | SR | SR | SR |
| Insp O2 | .95 | .50 | .50 | .50 | .90 | .90 |
| ET CO2 | 38 | 36 | 40 | 39 | 38 | 58 |
| Sa O2 | 98 | 97 | 98 | 97 | 97 | 96 |
| PNS/TOF | | | | 4/4 | | |
| Temp (AX) | | 95° | 95.8 | 97 | 97 | 97.6 |

* 93/.07 RA prior to induction

Procedures/Additional Remarks:
☑ Press. pts checked/padded

EYECARE
☑ Taped
☐ Ointment

TO OR 2 - ALL MONITORS IN PLACE
Smooth IV RSI č cricoid - OETT # 7.0 placed atraumatic ⊕ ETCO₂ ⊕ BBS cricoid pressure released - placed to vent. all pressure pts padded. NGT placed ⓔ nares 700cc green liquid contents collected in cannister. Breathing spontaneously suctioned well - AWAKE - Extubated 100% mask → TO PACU - VSS per baseline Report STAT CXR ORDERED + obtained in PACU to CVL + NGT to RN placement.

Airway
☐ Oral:
☐ Nasal:
Intubation
☑ Oral ☐ Nasal
☐ Awake ☐ FOB
☑ Easy ☐ Difficult
☑ Rapid Seq Cricoid
ETT Tube Size: L M S
Depth: 22 23
☑ cuff
☑ stylet ☐ 5

Anesthesiologist signature: J. Longnotti CRNA

ORNDORFF, MICHAEL
ACCT 1007093 MR#0000181328 01/11/2006
HAN, D. PETER   DOB:05/01/1959 046 M 0232-P
SOUTHWEST REGIONAL MEDICAL CTR

**PACU**
- Time in: 2010
- SaO2: 93%
- BP: 141/88
- Resp:
- Pulse: 95
- Other: Stable

A22(REV 12/02)    ANESTHESIA RECORD/EVAL