IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF,
ADC #104119                                                                                       PLAINTIFF

v.                                        5:08CV00294HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                        DEFENDANTS

ORDER

By Order dated November 13, 2008 (DE #4), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #6). . Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Correctional Medical Services, Inc., Dr. Shaw, Mullins, and Bradley.  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Correctional Medical Services, Inc., Dr. Shaw, Medical Administrator Mullins and LPN Bradley.  The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6) and summons on defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 17th day of December, 2008.

_____
United States Magistrate Judge

1