**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL RAY ORNDORFF,
ADC #104119**                                                                                          **PLAINTIFF**

v.                                  **5:08-CV-00294-WRW-HLJ**

**CORRECTIONAL MEDICAL
SERVICES, INC.,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendant Larry Norris is DISMISSED from Plaintiff's Complaint for failure to state a claim.

IT IS SO ORDERED this 13th day of January, 2009.


/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE