IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF,
ADC #104119                                                      PLAINTIFF

v.                               5:08CV00294HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                          DEFENDANTS

<u>ORDER</u>

Plaintiff shall file a response to defendants' motion to dismiss (DE #14) within ten (10) days of the date of this Order.  Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint.  <u>See</u> Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of March,  2009.

_____
Henry L. Jones, Jr.
United States Magistrate Judge