**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL RAY ORNDORFF,
ADC #104119**                                                                                           **PLAINTIFF**

**v.**                                **5:08CV00294-WRW-HLJ**

**CORRECTIONAL MEDICAL
SERVICES, INC.,** *et al.*                                                                             **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. No objections were filed. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, the Motion to Dismiss filed by Defendants Correctional Medical Services, Inc., and Mullins (Doc. No. 14) is hereby DENIED.

IT IS SO ORDERED this 20th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE