IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF,
ADC #104119                                                                                          PLAINTIFF

v.                                             5:08CV00294HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                        DEFENDANTS

ORDER

The Court notes that defendants Shaw and Bradley have not yet been served. Therefore,

IT IS HEREBY ORDERED that defendants shall provide the last-known addresses of defendants Shaw and Bradley within ten days of the date of this Order.

IT IS SO ORDERED this 5th day of November, 2009.

_____
United States Magistrate Judge