IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF,
ADC #104119                                                                                                    PLAINTIFF

5:08CV00294HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                                        DEFENDANTS

ORDER

By Order dated November 5, 2009, this Court directed defendants to provide the last-known addresses of defendants Shah and Bradley, who have not yet been served (DE #49). Defendants have responded by email for security purposes. This Court will direct that such response be filed under seal, and will direct the re-issuance of service on defendants Shah and Bradley at the addresses noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the address set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendants Waseem Shah and Ashley Bradley, and the United States Marshal is hereby directed to serve a copy of the summons and complaints (DE ##2, 6) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 18th day of November, 2009.

_____
United States Magistrate Judge

1