# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL RAY ORNDORFF,**
**ADC #104119**                                                                                                         **PLAINTIFF**

### 5:08CV00294WRW/HLJ

**CORRECTIONAL MEDICAL**
**SERVICES, INC., et al.**                                                                        **DEFENDANTS**

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. No objections have been filed and the time for doing so has passed. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants CMS and Mullins (Doc. No. 44) is hereby GRANTED.

IT IS SO ORDERED this 4th day of January, 2010.

                                            /s/Wm. R. Wilson, Jr.
                                      UNITE STATES DISTRICT JUDGE