IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF
ADC #104119     PLAINTIFF

vs      5:08CV00294-WRW

CORRECTIONAL MEDICAL SERVICES, et al     DEFENDANTS

## ORDER

Pursuant to the Reply to Response to Motion to Dismiss (doc #76), the name of separate defendant, BRADLEY has changed to:

    ASHLEY BRADLEY WATSON

The Clerk is directed to make this change on the Court's docket.

    IS SO ORDERED this 27th day of January, 2010.

    AT THE DIRECTION OF THE COURT
    JAMES McCORMACK, CLERK


    /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd