IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY ORNDORFF,
ADC #104119                                                                                           PLAINTIFF

5:08CV00294WRW/HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motions to dismiss filed by defendants Shah and Bradley Watson (DE ##63, 70) are GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of March, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE